In the Matter of the Compensation of
Donna J. England, Claimant.

Donna J. ENGLAND,
*Petitioner,*

*v.*

THUNDERBIRD
and SAIF Corporation,
*Respondents.*

(90-02863; CA A71117)

827 P2d 208

Donald M. Hooton, Eugene, argued the cause for petitioner. With him on the briefs was Malagon, Moore & Johnson, Eugene.

Steve Cotton, Special Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Affirmed. *Harrison v. Taylor Lumber & Treating, Inc.,* 111 Or App 325, 826 P2d 75 (1992).